## Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-9-2020

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
    of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

Leticia Silva
Legal Assistant

January 3, 2020

The Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
-Via ECF-

                                             Re: USA v. Francisco Hernandez,
                                                    16 Cr. 778 (LAK)

Dear Judge Kaplan,

      Our office represented Mr. Francisco Hernandez in the above referenced matter.

      On November 2, 2017, Mr. Francisco Hernandez was sentenced by your Honor to 24 months of imprisonment and 24 months of Supervised Release.

      At the time Mr. Hernandez was released on bond, U. S. Pretrial Services took possession of his U.S. passport and later transferred custody of the passport to the Department of State.

      We respectfully request an Order for the Department of State to release to Mr. Francisco Hernandez his passport.

      Thank you you're your consideration to this matter.

SO ORDERED   *Granted*
_____
LEWIS A. KAPLAN, USDJ
1/9/2020

Respectfully submitted,
/S/
Telesforo Del Valle Jr., Esq.
Attorney for Francisco Hernandez
Defendant

Cc: A.U.S.A. Rebekah Donaleski, Esq.
      Pretrial Services Officer Ashley Cosme



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 8, 2020

**BY EMAIL**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Hernandez*, 16 Cr. 778 (LAK)

Dear Judge Kaplan:

    The Government does not object to defendant Francisco Hernandez's January 3, 2020 letter motion.

                          Respectfully submitted,

                          GEOFFREY S. BERMAN
                          United States Attorney for the
                          Southern District of New York

                          By: \_\_\_\_\_/s/_____
                          Rebekah Donaleski
                          Assistant United States Attorney
                          (212) 637-2423